# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | LuJan, Jr., Lorenzo | Docket No. | 2:20CR00183-TOR-2 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lorenzo LuJan, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 10th day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Lorenzo LuJan, Jr., is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on March 25, 2021.

On December 11, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. LuJan. Mr. LuJan acknowledged an understanding of the conditions, which included standard condition number 9.

On March 25, 2021, Mr. LuJan reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. LuJan denied the use of illegal controlled substances. Subsequently, the sample was sent to Alere Toxicology (Alere) for further analysis.

On April 5, 2021, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Lorenzo LuJan, Jr., is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on March 29, 2021.

On December 11, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. LuJan. Mr. LuJan acknowledged an understanding of the conditions, which included standard condition number 9.

On March 25, 2021, Mr. LuJan reported to Pioneer Human Services and provided a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. LuJan denied the use of illegal controlled substances. Subsequently, the sample was sent to Alere for further analysis.

On April 9, 2021, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #3:** Lorenzo LuJan, Jr., is alleged to have violated the conditions of pretrial release supervision by failing to submit to random drug testing on March 23 and 24, 2021.

On December 17, 2020, the Court issued an updated release order that included additional condition number 27. On January 8, 2021, the undersigned officer advised Mr. LuJan of additional condition number 27, and referred him to the phase urinalysis testing program at Pioneer Human Services.

On March 23 and 24, 2021, Mr. LuJan reported to Pioneer Human Services for random drug testing. However, Mr. LuJan stalled and did not submit to urinalysis testing.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    April 12, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

April 13, 2021
Date